No. A–533. BASS v. TEXAS. Application for stay of execution and enforcement of mandate of Court of Criminal Appeals of Texas presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–544. UNITED STATES BOARD OF PAROLE v. AMAYA. C. A. 5th Cir. Motion of respondent to vacate stay heretofore granted by MR. JUSTICE POWELL, denied.

No. A–545. MILLICAN, DBA HIP MAGAZINE v. UNITED STATES. C. A. 5th Cir. Application for stay and continuance of bond presented to MR. JUSTICE POWELL, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant the application.

No. 36, Orig. TEXAS v. LOUISIANA. Motion of the United States for leave to intervene granted. [For earlier orders herein, see, e. g., ante, p. 904.]

No. 72–1490. FEDERAL POWER COMMISSION v. TEXACO INC. ET AL.; and
No. 72–1491. DOUGHERTY, EXECUTOR, ET AL. v. TEXACO INC. ET AL. C. A. D. C. Cir. [Certiorari granted, ante, p. 817.] Motion of Small Producers Group for leave to file a brief as amicus curiae granted.

No. 72–1554. SUPER TIRE ENGINEERING CO. ET AL. v. McCORKLE ET AL. C. A. 3d Cir. [Certiorari granted, ante, p. 817.] Motion of Chamber of Commerce of the United States for leave to present oral argument as amicus curiae in support of petitioners denied.

No. 72–1589. RICHARDSON, COUNTY CLERK AND REGISTRAR OF VOTERS OF MENDOCINO COUNTY v. RAMIREZ ET AL. Sup. Ct. Cal. [Certiorari granted, ante, p. 816.] Motion of the Attorney General of California to present oral argument as amicus curiae in support of petitioner granted.